IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IOU CENTRAL, INC., <br> d/b/a IOU FINANCIAL, INC <br><br> Plaintiff, <br> vs. <br><br> SHORE APPLIANCE CONNNECTION <br> INC. A/K/A SHORE APPLIANCE <br> AND BEDDING CONNECTION et al <br><br> Defendants. | Case No. 1:20-cv-02367-MLB |

## **PLAINTIFF'S NOTICE OF UNOPPOSED MOTION [DOC 32]**

Per Fed R. Evid. 201 and applicable law, IOU requests the Court take notice of its Motion to Strike of 12/30/20 [Doc 32]. Defendants Shore Appliance Connection, Inc. Gary W. Larmore and Donna Lynn Larmore did not respond to the Motion, which they do not oppose. N.D. Ga. L.R. 7.1 (B) states:

> ***Response to Motion.*** <u>Any party opposing a motion shall serve the party's response, responsive memorandum, affidavits, and any other responsive material not later than fourteen (14) days after service of the motion</u>, except that in cases of motion for summary judgment the time shall be twenty-one (21) days after the service of the motion. Failure to file a response shall indicate that there is no opposition to the motion. *See* **Taylor v. JP Morgan**, LEXIS 143858 *1-2 (N.D. Ga. 2009) [recommended granting unopposed motions to dismiss under L.R. 7.1 (B)]

IOU attaches its proposed order on the Motion attached as **Exhibit 1**.

## **CERTIFICATE OF SERVICE**

I certify a precise copy of this document was filed ECF, sending notice to counsel of record for Defendants

Respectfully submitted this 14th day of January 2021.

> By: */s/Paul G. Wersant*
> Paul G. Wersant
> Georgia Bar No. 748341
> 3245 Peachtree Parkway, Suite D-245
> Suwanee, Georgia 30024
> Telephone: (678) 894-5876
> Email: pwersant@gmail.com
> Attorney for Plaintiff IOU
> File No. 148756