# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-02367-MLB
## IOU Central, Inc. v. Shore Appliance Connection Inc. et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 02/17/2021.

TIME COURT COMMENCED: 10:45 A.M.
TIME COURT CONCLUDED: 11:25 A.M.  COURT REPORTER: Jana B. Colter
TIME IN COURT: 00:40  DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Zachary Fuller representing Shore Appliance Connection Inc.<br>Zachary Fuller representing Donna Lynn Larmore<br>Zachary Fuller representing Gary W. Larmore<br>Paul Wersant representing IOU Central, Inc.<br>** Kurt G. Kastorf representing IOU Central, Inc. |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Hearing held regarding the pending motions in this case. The Court will consider Defendants' [8] Motion to Dismiss on venue grounds. The Court DENIES the request to stay found in that motion. The Court DENIES AS PREMATURE Plaintiff's [22] Motion for Injunctive Relief, [24] Motion to Strike, and [32] Motion to Strike. The Court ORDERS the discovery period to begin today on a four-month discovery period. All discovery, fact and expert, shall be completed no later than 6/17/2021. |
| HEARING STATUS: | Hearing Concluded |